# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ARTHUR ALAN WOLK, PHILIP BROWNDIES, AND CATHERINE MARCHAND, | : | No. 481 MAL 2017 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| THE SCHOOL DISTRICT OF LOWER MERION, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to the remaining issue.  The issues, as stated by Petitioner, are:

(1)  Where a Court of Common Pleas grants a petition by issuing an immediately effective injunction, is that order immediately appealable of right under Pa.R.A.P. 311(a)(4)?

(2)  Is an order of the Court of Common Pleas that enjoined a school district from collecting a portion of its 2016 taxes a "final order" as to which [Petitioner] must file post-trial motions before taking an appeal, even though other and different claims in the case remain unaddressed?

(3)  May a Court of Common Pleas convert a preliminary injunction hearing into a permanent injunction hearing without the consent of the parties?

The Applications for Leave to Appear as *Amicus Curiae* are **GRANTED**.

Justice Todd did not participate in the consideration or decision of this matter.